FILED
OCT 26 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:22CR601-AGF/SPM** |
| v. ) | |
| ) | |
| KEVIN WEST JR., ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 26, 2021, in the County of St. Louis, within the Eastern District of Missouri,

**KEVIN WEST JR.**,

the Defendant herein, did knowingly obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did take and obtain property consisting of United States currency from the presence of an employee of Dollar Tree located at 700 North Highway 67, Florissant, Missouri, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' person, that is, by pointing a firearm at the employees.

In violation of Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about December 1, 2021, in the County of St. Louis, within the Eastern District of Missouri,

**KEVIN WEST JR.,**

the Defendant herein, did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did take and obtain property consisting of United States currency from the presence of an employee of Dollar Tree located at 14020 New Halls Ferry Road, Florissant, Missouri, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' person, that is, by pointing a firearm at the employees.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

The Grand Jury further charges that:

On or about January 2, 2022, in the County of St. Louis, within the Eastern District of Missouri,

**KEVIN WEST JR.,**

the Defendant herein, did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did take and obtain property consisting of United States currency from the presence of an employee of Subway located at 2544 North Highway 67, Florissant, Missouri, against the employees' will by means of actual and threatened force,

violence, and fear of injury, immediate and future, to the employees' person, that is, by pointing a firearm at the employees.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about January 5, 2022, in the County of St. Louis, within the Eastern District of Missouri,

**KEVIN WEST JR.,**

the Defendant herein, did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did take and obtain property consisting of United States currency from the presence of an employee of GameStop located at 14031 New Halls Ferry Road, Florissant, Missouri, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' person, that is, by pointing a firearm at the employees.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIVE

The Grand Jury further charges that:

On or about January 5, 2022, in the County of St. Louis, within the Eastern District of Missouri,

**KEVIN WEST JR.,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Four herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SIX

The Grand Jury further charges that:

On or about January 28, 2022, in the County of St. Louis, within the Eastern District of Missouri,

**KEVIN WEST JR.,**

the Defendant herein, did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did take and obtain property consisting of United States currency from the presence of an employee of Subway located at 8444 North Highway 67, Florissant, Missouri, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' person, that is, by pointing a firearm at the employees.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SEVEN

The Grand Jury further charges that:

On or about January 28, 2022, in the County of St. Louis, within the Eastern District of Missouri,

**KEVIN WEST JR.,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Six herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
LINDA R. LANE, #AT00114511A
Assistant United States Attorney